GEOFFREY HANSEN
Acting Federal Public Defender
RITA BOSWORTH
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant LEWIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-12-187 WHA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE |
| v. | Current Date: April 24, 2012, at 2:00 p.m. |
| CLARENCE JOSEPH LEWIS, III | Proposed Date: May 1, 2012, at 2:00 p.m. |
| Defendant. | |

The defendant in this case has been represented by Assistant Federal Public Defender Ron Tyler. Mr. Tyler will be leaving the Federal Defender's Office and will therefore no longer be representing Mr. Lewis. Assistant Federal Defender Rita Bosworth will be Mr. Lewis's new counsel. Prior to knowing who would be taking over the case, Mr. Tyler scheduled a hearing before this Court for identification of counsel on April 24, 2012. However, the defendant's new counsel, Ms. Bosworth, is unavailable on that date. Therefore, the parties jointly request that the Court reschedule the identification hearing for a date Ms. Bosworth will be available, May 1, and that time should be excluded pursuant to the Speedy Trial Act on the basis of continuity of counsel.

SO STIPULATED.

Stipulation and [Proposed] Order; *U.S. v. Lewis*,
12-187 WHA                             1

| | | |
|---|---|---|
| DATED: | 4/18/12 | /s/ |

RITA BOSWORTH
Assistant Federal Public Defender

| | | |
|---|---|---|
| DATED: | 4/18/12 | /s/ |

ROBERT REES
Assistant United States Attorney

The Court hereby ORDERS that the identification of counsel hearing is continued to May 1, 2012, at 2:00 p.m. The Court further orders that time shall be excluded from the Speedy Trial Act through May 1, 2012.

Dated: April 18, 2012.

William Alsup
UNITED STATES DISTRICT JUDGE